

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Criminal Action No. 05-53 |
| PAUL HIMMELSTEIN, ) | |
| Defendant. ) | |

## INDICTMENT

The Federal Grand Jury for the District of Delaware charges that:

### Count One

On or about June 8, 2000, through on or about June 28, 2004, in the State and District of Delaware, Paul Himmelstein, defendant herein, while an officer, that is, Secretary-Treasurer, of Letter Carriers Branch 1977, a labor organization engaged in an industry affecting commerce, did embezzle, steal, and unlawfully and willfully convert to his own use, moneys and funds of Branch 1977, in the approximate amount of $20,000, or more, in violation of 29 U.S.C. §501(c).

A TRUE BILL:

Foreperson

COLM F. CONNOLLY
United States Attorney

By: Richard G. Andrews
Richard G. Andrews
First Assistant United States Attorney

Dated: 5/24/05