UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. CR 05-53 SLR |
| Paul Himmelstein | ) |
| Defendant. | ) |

## O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on June 2, 2005 requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until June 30, 2005 The time between the date of this order and June 30, 2005 shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

FILED
JUN - 2 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney