AO 857 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF **DELAWARE**

UNITED STATES OF AMERICA
V.
PAUL HIMMELSTEIN

**SUMMONS IN A CRIMINAL CASE**

Case Number: CR 05-53-UNA

Newark, DE 19702
(Name and Address of Defendant)

REDACTED

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| J. Caleb Boggs Federal Building<br>844 North King Street<br>Wilmington, Delaware 19801 | Magistrate Ctrm # 6C, 6th Floor |
| | Date and Time |
| Before: Honorable Mary Pat Thynge, U.S. Magistrate Judge | 6/2/05 at 1:00 PM |

\*\* Please report to the U.S. Marshal's Service in Room# 100 by 12:00 pm.

To answer a(n)

x  Indictment   ☐ Information   ☐ Complaint   ☐ Violation Notice   ☐ Probation Violation Petition

Charging you with a violation of Title __29__ United States Code, Section(s) __501(c)__

Brief description of offense:

EMBEZZLEMENT BY A UNION OFFICER

FILED
JUN - 2 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BY: _____ ; Deputy Clerk
Signature of Issuing Officer

5/25/2005 at Wilmington, DE
Date

Peter T. Dalleo; Clerk of Court
Name and Title of Issuing Officer