IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Crim. No. 05-053-SLR |
| | ) |
| PAUL HIMMELSTEIN, | ) |
| | ) |
| Defendant. | ) |

O R D E R

At Wilmington this 7th day of July, 2005, having conferred with counsel;

IT IS ORDERED that a telephonic status conference is scheduled for **Monday, August 8, 2005** at **5:00 p.m.**, with the court initiating said call.

_____
United States District Judge