U.S. Department of Justice

*United States Attorney's Office*
*District of Delaware*

*Nemours Building*  *(302) 573-6277*
*1007 Orange Street, Suite 700*  *FAX (302) 573-6220*
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

August 30, 2005

**VIA HAND DELIVERY**

Honorable Sue L. Robinson
J. Caleb Boggs Federal Building
844 N. King Street
Room 6124
Wilmington, DE 19801

        **Re: United States v. Himmelstein,
        Crim. Act. No. 05-53-SLR**

Dear Chief Judge Robinson:

    The Government attaches the proposed plea agreement for the Rule 11 hearing scheduled for tomorrow, August 31, 2005, at 8:30 a.m.

    The Defendant, through counsel, has not to date confirmed that he is going forward on this plea agreement, although the Government believes that he most likely is.

                                    Respectfully submitted,

                                    COLM F. CONNOLLY
                                    United States Attorney

                      BY:  /s/_____
                                    Richard G. Andrews
                                    First Assistant United States Attorney

Enclosures

cc: Joe Hurley, Esq.
    Clerk, U.S. District Court