# JOE HURLEY

ATTORNEY AT LAW

1215 KING STREET

WILMINGTON, DELAWARE 19801
___
(302) 658-8980

MEMBER DEL. AND FLA. BARS

November 23, 2005

The Honorable Sue L. Robinson
U.S. District Court
844 King Street
Wilmington, DE 19801

       Re:  U.S. v. Paul A. Himmelstein
           Cr.A. No. 05-053-SLR

Dear Judge Robinson:

      The above-cited defendant is scheduled for sentencing
at 4:30 p.m. on Tuesday, November 29th. My purpose in directing
this correspondence is to "explore" a possible, brief, rescheduling
of the sentencing.

      I must concede that the sentencing was scheduled months
ago, and you inquired of counsel as to availability on the date
and time set. Subsequent to the date set by you, a trial date
was set on the case of State v. Joshua Wilson and which is a Rape
prosecution, of a police officer, in Sussex County, Delaware.
With complete candor, I must say that I approved the scheduling
of that trial on that date. Ordinarily, there would be no con-
flict between a Superior Court jury trial and a sentencing, in
another Court, at 4:30 in the afternoon. I would simply ask to
recess, in Superior Court, at 4:15, less than a half hour before
the typical ending of the trial day. When I approved the sched-
uling of the Wilson matter, that was my thought process.

      For some reason, and which I attribute to my advancing
years, it did not occur to me that it takes a little longer than
15 minutes to travel from Sussex County to New Castle County. In
fact, in order to arrive in a timely fashion, I would have to ask
the trial judge, in the Rape case, to eliminate a full afternoon
of testimony.

The Honorable Sue L. Robinson
November 23, 2005
Page 2

       There is still a remote possibility that the Wilson
matter will be resolved by a plea on Tuesday morning, but
rather than wait until that time, and in the event that I need
to do so, I am asking if you have any difficulty in briefly
rescheduling the Himmelstein matter without inconvenience to
you and should the request become patent.

                                    Respectfully,

                                    Joe Hurley

JAH:jr
FAX: 573-6064
pc:  Richard G. Andrews, Esquire
    FAX: 573-6220