

**JOE HURLEY**
ATTORNEY AT LAW
1215 KING STREET
WILMINGTON, DELAWARE 19801
(302) 658-8980
MEMBER DEL. AND FLA. BARS

November 29, 2005

The Honorable Sue L. Robinson
U.S. District Court
844 King Street
Wilmington, DE 19801

    Re:  U.S. v. Paul A. Himmelstein
         Cr.A. No. 05-053-SLR

Dear Judge Robinson:

    Please find enclosed a "courtesy copy" of a Motion contemporaneously filed with the Court.

    If it is not obvious, I am quite embarrassed to make such a fundamental mistake that probably a high school senior could avoid.

                            Respectfully,

                            Joe Hurley

JAH:jr
Enclosure
pc: Richard G. Andrews, Esquire

P.S. I had already dictated the enclosed Motion and the above text before receiving a message permitting the rescheduling. I enclose the Motion, which is now moot, so that you have an explanation to which you are, obviously, entitled. Thank you.